# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GWENDOLYNNE, S. | : | |
| THROUGH HER PARENTS JUDY S. and | : | |
| GEOFF S. OF WEST CHESTER, PA | : | 19-cv-3844-JMY |
| | : | |
| vs. | : | |
| | : | |
| WEST CHESTER AREA | : | |
| SCHOOL DISTRICT | : | |

## ORDER

AND NOW, this 12th day of March, 2021, upon consideration of the Motion for Judgment on the Administrative Record filed by the Defendant (ECF No. 13) and the Motion to Supplement the Record and Motion for Judgment on the Administrative Record filed by the Plaintiffs (ECF No. 19), and all papers submitted in support thereof and in opposition thereto, it is hereby ORDERED and DECREED that the Defendant's Motion is GRANTED and the Plaintiffs' motion is DENIED.

The Clerk of Court is DIRECTED to CLOSE this case.

By the Court:

  /s/ John Milton Younge
Judge John Milton Younge